FILED
OCT - 7 2026
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:26-CR-00480 JMD/PLC |
| | ) | |
| MIKALE SPENCER, | ) | |
| | ) | |
| Defendant. | ) | |

**INDICTMENT**

The Grand Jury charges:

**COUNT 1**
**(42 U.S.C. § 408(a)(7)(B): False Representation of Social Security Number)**

Beginning at least as early as January 2025 through in or about July 2026, in the Eastern District of Missouri, the defendant,

**MIKALE SPENCER,**

for the purpose of obtaining for herself and any other person anything of value from any person, and for any other purpose, knowingly and with the intent to deceive represented a social security account number to be assigned by the Commissioner of Social Security to M.J. in an application for Supplemental Nutrition Assistance Program (SNAP) benefits, when in fact, such number was not the social security account number assigned to M.J. by the Commissioner of Social Security.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

**COUNT 2**
**(18 U.S.C. § 641: Theft of Government Funds)**

Beginning at least as early as January 2025 through in or about July 2026, in the Eastern District of Missouri, the defendant,

**MIKALE SPENCER,**

did voluntarily, intentionally, and knowingly, embezzle, steal, and convert to her use, money of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof, that being, Supplemental Nutrition Assistance Program (SNAP) payments, of a value exceeding $1,000.

All in violation of Title 18, United States Code, Section 641.

**FORFEITURE ALLEGATION**

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Sections 981(a) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 408(7)(B), as set forth in Count 1, and Section 641, as set forth in Count 2, and, the defendant shall forfeit to the United States of America any property, real or personal, constituting or derived from any proceeds traceable to said offense. Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds traceable to said offense.

2. If any of the property described above, as a result of any act or omission of the defendant(s):

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

______________________________
FOREPERSON

THOMAS C. ALBUS
United States Attorney

______________________________
JOLENE TAAFFE #56946 MO
Special Assistant United States Attorney